# IN THE
# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **RACHEL L. SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )  **Civil Action No.: 2:19-cv-23** |
| | ) |
| **LEE COUNTY SCHOOL BOARD,** | ) |
| | ) |
| and | ) |
| | ) |
| **LEE COUNTY PUBLIC SCHOOLS,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF DEPOSITION OF DR. BRIAN AUSTIN

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the undersigned will take the deposition of Dr. Brian Austin on April 14, 2020 commencing at 11:00 AM EST at Lee County Public Schools, 155 Vo Tech Drive, Jonesville, VA 24263, before a court reporter or other officer authorized to administer oaths in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Western District of Virginia. The deposition may be continued from time to time thereafter until complete. The purpose of the deposition shall be for discovery, for use for dispositive motions, and for use at trial.

Dated:   March 4, 2020

Respectfully submitted,

/s/ Brittany M. Haddox
Brittany M. Haddox, Esq. (VSB #86416)
Thomas E. Strelka, Esq. (VSB# 75488)
L. Leigh R. Strelka, Esq. (VSB # 73355)
N. Winston West, IV Esq. (VSB #92598)
STRELKA LAW OFFICE, PC
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA  24011
Tel:  540-283-0802
brittany@strelkalaw.com
thomas@strelkalaw.com
leigh@strelklaw.com
winston@strelkalaw.com
*Counsel for Plaintiff*

Terry N. Grimes, Esq. (VSB #24127)
TERRY N. GRIMES, ESQ., P.C.
320 Elm Avenue, S.W.
Roanoke, Virginia 24016
TELEPHONE:  (540) 982-3711
FACSIMILE:  (540) 345-6572
tgrimes@terryngrimes.com
*Counsel for Plaintiff*

Melvin E. Williams (VSB # 43305)
Meghan A. Strickler (VSB # 88556)
MEL WILLIAMS PLC
1320 Third Street, SW
Roanoke, Virginia 24016
(540) 266-7800
(540) 206-3857 *facsimile*
*mel@melwilliamslaw.com*
*meghan@melwilliamslaw.com*
*Counsel for Plaintiff*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 4th day of March, 2020, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Brittany M. Haddox